

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ROSA RAMIREZ, | § | No. 08-18-00138-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| RAFAEL CARREON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010AG5715) |
| | § | |

**O R D E R**

On October 29, 2018, the Court issued an order for mediation referral. On February 12, 2019, the parties provided the Court with a copy of the Mediated Settlement Agreement entered into by the parties. The Court, on its own motion, ORDERS that the appellate timetable suspension is lifted. The parties are required to prepare and file a motion to dismiss the appeal in accordance with Rule 42.1(a)(1), or a motion to dispose of the appeal in accordance with the parties' agreement as permitted by Rule 42.1(a)(2). If requesting relief pursuant to Rule 42.1(a)(2), the motion must be specific. The motion to dispose of the appeal is due to filed on or before February 23, 2019.

IT IS SO ORDERED this 13th day of February, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.